Randal M. Barnum
State Bar No. 111287
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Phone: (707) 745-3747
Fax No.: (707)745-4580

Attorney for Defendants ConCar Industries, LLC,
Carlos and Concepcion Alamo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUIS ZARAGOZA and NOELIA VILLANUEVA, | NO. 06-07172 MHP |
|---|---|
| Plaintiffs, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| CONCAR INDUSTRIES, LLC, CARLOS ALAMO, CONCEPION ALAMO, | |
| Defendants. | |

Defendants ConCar Industries, LLC, Carlos Alamo and Concepcion Alamo (erroneously sued herein as "Concepion") hereby substitute Randal M. Barnum, Law Offices of Randal M. Barnum who is the retained counsel, at 279 East H Street, Benicia, CA 94510, telephone (707) 745-3747, facsimile number (707) 745-4580, e-mail address: rmblaw@pacbell.net, state bar number 111287, as attorney of record in the place and stead of Jack Cantwell, Cantwell & Cantwell.

Dated: April _20_, 2007

_____
Carlos Alamo, individually and on behalf of ConCar Industries, LLC

Dated: April _20_, 2007

[signature]
Concepcion Alamo

I consent to the above substitution.

Dated: April _25_, 2007

[signature]
Cantwell & Cantwell

By: [signature]
Jack Cantwell

I am duly admitted to practice in this District and consent to this substitution.

SUBSTITUTION OF ATTORNEY                    -1-

1  Dated: April 20, 2007                    Law Offices of Randal M. Barnum

2                                           By: /s/ Randal M. Barnum
3                                           Randal M. Barnum

4
                                    **ORDER**
5
        Substitution of Attorney is hereby  _X_ Approved      ____ Denied.
6

7  Dated: 4/27, 2007

                                     United States District Judge

                          IT IS SO ORDERED
                          Judge Marilyn H. Patel

                    [Seal: United States District Court Northern District of California]

SUBSTITUTION OF ATTORNEY                  -2-

PROOF OF SERVICE BY MAIL - C.C.P. 1013a, 2015.5

I declare that:

I am employed in Solano County, California. I am over the age of eighteen years and not a party to the above entitled cause; my business address is 279 East H Street, Benicia, California 94510. On April 26, 2007 I served the following:

**SUBSTITUTION OF ATTORNEY**

on the interested parties in said cause, by placing the a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, and mailed in accordance with ordinary business practices, or by facsimile or personal service, as follows:

**FIRST CLASS MAIL**
James Dal Bon
Dal Bon & Wang
12 South First Street, Ste. 613
San Jose, CA 95113

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 26, 2007 at Benicia, California.

*Kathy J. McNichols*
KATHY J. McNICHOLS