Randal M. Barnum
State Bar No. 111287
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Phone: (707) 745-3747
Fax No.: (707)745-4580

Attorney for Defendants ConCar Industries, LLC,
Carlos Alamo and Concepcion Alamo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS ZARAGOZA AND NOELIA VILLANUEVA, | NO. C 06-07172 MHP |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| CONCAR INDUSTRIES LLC, CARLOS ALAMO, CONCEPTION ALAMO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 6/28/___, 2007                    DAL BON & WANG

X_____                 By:_____
Luis Zaragosa, Plaintiff                 James Dal Bon, Attorney for Plaintiffs
                                         Luis Zaragosa and Noelia Villanueva

X Noelia Villanueva
Noelia Villanueva, Plaintiff

STIPULATION OF DISMISSAL                 -1-

1 | Dated: July 2, 2007
2 |
3 | _____
4 | Carlos Alamo, individually and on behalf of ConCar Industries, LLC, Defendant
5 |
6 | _____
   | Concepcion Alamo, Defendant
7 |
...
10 | 7/9/2007

Law Offices of RANDAL M. BARNUM

By: _____
RANDAL M. BARNUM, Attorneys for Defendants ConCar Industries, LLC, Carlos Alamo and Concepcion Alamo

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA